```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                :
JUSTIN J. GUMBS,                :
                                :
        Petitioner,             :   Civ. No. 20-0742 (NLH)
                                :
    v.                          :   **MEMORANDUM OPINION & ORDER**
                                :
                                :
WARDEN FCI FORT DIX,            :
                                :
        Respondent.             :
_____ :

APPEARANCE:

Justin J. Gumbs
11000 South Eastern Avenue, Apartment 221
Henderson, NV 89052

    Petitioner Pro se

Rachael Honig, Acting United States Attorney
Jane Dattilo, Assistant United States Attorney
Office of the U.S. Attorney
970 Broad Street
7th Floor
Newark, NJ 07102

    Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Justin J. Gumbs filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging that the Bureau of Prisons' ("BOP") failure to release him to a residential re-entry center violated the Equal Protection Clause, see ECF No. 1; and

WHEREAS, the United States reported that Petitioner was released on home confinement, ECF No. 11; and

WHEREAS, Petitioner only challenged the BOP's decision not to release him to home confinement or a residential re-entry center.  He did not challenge the BOP's calculation of his sentence; and

WHEREAS, Petitioner's challenge is now moot as he has obtained the relief he requested from this Court,

THEREFORE, IT IS on this  1st  day of February, 2021

ORDERED that the petition is dismissed as moot; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.


At Camden, New Jersey                 s/ Noel L. Hillman
                                      NOEL L. HILLMAN, U.S.D.J.